UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-100 (DJF)

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Berger, being duly sworn, do hereby state as follows:

### INTRODUCTION & AGENT BACKGROUND

1. I am a Special Agent (SA) with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2. Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I received training on and have conducted, and participated, in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, child pornography, and various immigration

violations. During these investigations, I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Brittany STALLINGS for assault of a federal officer in violation of Title 18, United States Code, Section 111(a)(1) and (b).

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, my training and experience and that of my fellow law enforcement officers, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes sufficient information to establish probable cause.

## PROBABLE CAUSE

5. On January 24, 2026, at approximately 10:30 a.m., a team of federal agents with U.S. Customs and Border Protection (BPAs) responded to a call for support in managing a large crowd that formed near Nicollet Avenue, Minneapolis, within the District of Minnesota. This crowd had formed in response to other federal officers carrying out their lawful duties in the area.

6. Upon arrival, a member of the team (Victim BPA) exited his vehicle and saw that the large crowd outnumbered law enforcement at that location. Victim BPA, wearing clothing and equipment that identified him as federal law enforcement, then walked up to the crowd. Victim BPA used his arms to signal the crowd to move back to a safe distance, and Victim BPA told the crowd to back up while he did so. Several crowd members refused to follow Victim BPA's lawful commands to retreat.

7. As Victim BPA pressed forward toward the remaining crowd members, Brittany STALLINGS shoved Victim BPA and punched him in the face. STALLINGS' punch resulted in a cut to Victim BPA's lip, which then began to bleed.

8. Based on STALLINGS strike to his face, Victim BPA told STALLINGS she was under arrest. STALLINGS then actively resisted arrest by grappling with BPAs. Ultimately, it took three BPAs to restrain and secure STALLINGS, and BPAs then placed her in custody.

9. A photograph of the Victim BPA's cut was taken after he received treatment:



## CONCLUSION

Based on the above facts, there is probable cause to believe that Defendant Brittany STALLINGS, violated Title 18, United States Code, Sections 111(a)(1) and (b) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with federal officers designated in 18 United States

4

Code, Section 1114 while engaged in, or on account of, the performance of their official duties, and that such acts inflicted bodily injury.

**Affiant states nothing further.**

_____
Richard Berger
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 29, 2026

_____
DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

5