UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-100 (EMB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　**NOTICE OF SUBSTITUTION**

BRITTANY STALLINGS,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Zain Abid

<u>Remove AUSA</u>

Kristian C.S. Weir

Dated: February 6, 2026　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　DANIEL N. ROSEN
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*s/Zain Abid*
　　　　　　　　　　　　　　BY:　Zain Abid
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney